Dismissed and Memorandum Opinion filed August 16, 2007








Dismissed
and Memorandum Opinion filed August 16, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00389-CV

____________

 

ELAINE TAO,
Appellant

 

V.

 

EXQUISITE DENTAL TECHNOLOGY, INC., Appellee

 



 

On Appeal from the 61st District
Court

Harris County, Texas

Trial Court Cause No.
2005-75598

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed April 27, 2007.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On July
9, 2007, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
16, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.